## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Western Division

Robert Eugene Miller
                                       Plaintiff,

v.                                                                                         Case No.: 3:16−cv−50192
                                                                                              Honorable Frederick J. Kapala

Accurate Background, Inc.
                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 1, 2016:

       MINUTE entry before the Honorable Iain D. Johnston: Status hearing held on 9/1/2016 and continued to a telephonic status hearing set for 10/4/2016 at 9:00 AM. By 9/30/2016, counsel shall review the Court's standing order on telephonic status hearings and provide direct−dial phone numbers to the Court's operations specialist, who will initiate the call. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.